# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00516-CV

### In re Robert Troy McClure

### ORIGINAL PROCEEDING FROM COMAL COUNTY

### M E M O R A N D U M   O P I N I O N

Relator, Robert Troy McClure, an inmate in the Texas Department of Criminal Justice, filed a pro se petition for writ of mandamus in this Court. *See* Tex. Gov't Code § 22.221; *see also* Tex. R. App. P. 52.1. In his petition, McClure asks us to issue a writ of mandamus directed to the District Clerk of Comal County.

This Court's mandamus jurisdiction, governed by section 22.221 of the Texas Government Code, is expressly limited to: (1) writs against a district court judge or county court judge in this Court's district, and (2) all writs necessary to enforce our jurisdiction. *See* Tex. Gov't Code § 22.221. Thus, we have no jurisdiction to issue a writ of mandamus against a district clerk unless necessary to enforce our jurisdiction. *See id.*; *In re Washington*, 7 S.W.3d 181, 182 (Tex. App.—Houston [1st Dist.] 1999, orig. proceeding).

McClure has not demonstrated that the exercise of our writ power against the Comal District Clerk is necessary to enforce our jurisdiction. We have no jurisdiction to grant the requested relief. Accordingly, we dismiss McClure's petition for want of jurisdiction.

_____

Melissa Goodwin, Justice

Before Justices Puryear, Rose, and Goodwin

Dismissed for Want of Jurisdiction

Filed:   August 9, 2013